

1

2

3

4

5

6

7

8

**K&L GATES LLP**
630 Hansen Way
Palo Alto, California 94304
Telephone: 650.798.6700
Facsimile: 650.798.6701

Britt L. Anderson (SBN 212092)
*britt.anderson@klgates.com*
Nancy C. Hagan (SBN 273981)
*nancy.hagan@klgates.com*
Ranjini Acharya (SBN 290877)
*ranjini.acharya@klgates.com*

Attorneys for Plaintiff NAC Marketing
Company, LLC d/b/a New Vitality

```
FILED
CLERK, U.S. DISTRICT COURT

OCT - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NAC MARKETING COMPANY, LLC
d/b/a NEW VITALITY, a limited liability
company,

               Plaintiff,

      v.

BLUEBONNET NUTRITION CORP., a
corporation; and DOES 1 through 10,
inclusive,

               Defendants.

Case No. CV13-7385 JFW (FFMx)

**COMPLAINT TO APPEAL
DECISION OF THE UNITED
STATES PATENT AND
TRADEMARK OFFICE,
TRADEMARK TRIAL AND
APPEAL BOARD; COMPLAINT
FOR DECLARATORY RELIEF**

[LANHAM ACT § 21; 15 U.S.C. §
1071(b); 37 C.F.R. § 2.145(c); 28
U.S.C. §§ 2201-2202]

**DEMAND FOR TRIAL BY JURY**

COMPLAINT

RECYCLED PAPER

LA-544596 v2

## COMPLAINT

Plaintiff, NAC Marketing Company, LLC dba "New Vitality" ("New Vitality") appeals from the August 5, 2013 decision of the United States Patent and Trademark Office Trademark Trial and Appeal Board ("TTAB") under Opposition Number 91201410, concerning United States Trademark Application Serial No. 85/236,913, and requests declaratory relief, as follows:

## NATURE OF ACTION

1.      This is a civil action appealing a final decision of the TTAB pursuant to the provisions of Lanham Act § 21(b), 15 U.S.C. § 1071(b).  New Vitality has elected to appeal the TTAB's decision by civil action in this Court under 15 U.S.C. § 1071(b), rather than by appeal to the United States Court of Appeals for the Federal Circuit under 15 U.S.C. § 1071(a).

2.      New Vitality also seeks declaratory judgment in this case.  A case of actual controversy within this Court's jurisdiction exists between the parties concerning these rights.  This Court is authorized to declare the rights of the parties in this case pursuant to the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201-2202.

## THE PARTIES

3.      Plaintiff New Vitality is a Delaware corporation with a principal place of business at 260 Smith Street, Farmingdale, New York 11735.

4.      On information and belief, Defendant Bluebonnet Nutrition Corp. ("Defendant" or "Bluebonnet") is a Texas corporation with a principal place of business at 12915 Dairy Ashford, Sugar Land, Texas 77478.

## JURISDICTION

5.      This Court has subject matter jurisdiction under the Lanham Act § 21(b), 15 U.S.C. § 1071(b); and under the jurisdictional provisions of Title 28 of the United States Code, 28 U.S.C. §§ 1331 and 1338.

6.      The Court has personal jurisdiction over the Defendant because, among other things, Defendant either resides in and/or does business in this district.

1

COMPLAINT

RECYCLED PAPER

7.      Venue is proper in the Western Division of the U.S. District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b) and (c) in that Defendant resides and does business in this judicial district, and Defendant is subject to personal jurisdiction within this judicial district.

## FACTS COMMON TO ALL COUNTS

**New Vitality's Business and Its AGELESS MALE Mark**

8.      New Vitality is based in Farmingdale, New York, where it was founded in 1993.  New Vitality markets and sells a wide range of vitamins, health supplements and personal care products.

9.      Key among New Vitality's products is the AGELESS MALE product, a leading male supplement used to support free testosterone levels (the "AGELESS MALE Product").

10.     On February 8, 2011, New Vitality applied to register the AGELESS MALE mark under Application Serial No. 85/236,913 (the "AGELESS MALE Application") in connection with "dietary and nutritional supplements."

11.     New Vitality has used the AGELESS MALE mark in connection with its male supplement used to support free testosterone levels since at least as early as February 2011.  Exemplars of packaging used for the AGELESS MALE product are shown at **Exhibit A**.

12.     New Vitality markets its AGELESS MALE product through radio and television advertising, Internet advertising on various websites, including at <agelessmale.com>, and through mass online and brick-and-mortar retailers such as GNC.

13.     Since its launch in February 2011, New Vitality has sold approximately 2.8 million bottles of its AGELESS MALE product to customers throughout the United States.

\\

\\

2

**COMPLAINT**

RECYCLED PAPER

**Bluebonnet and Its AGELESS Marks**

14.   On information and belief, Defendant owns federal trademark registrations for the following AGE-LESS marks:

| Mark | U.S Reg. No. | Description |
|------|-------------|-------------|
| AGE-LESS SKIN FORMULA | 3021311 | Nutritional supplements |
| AGE-LESS CHOICE | 3703193 | Nutritional supplements |
| AGE-LESS | 3846551 | Nutritional supplements |

(Collectively referred to hereinafter as the "Bluebonnet AGE-LESS Marks").

15.   On information and belief, under permutations of the Bluebonnet AGE-LESS Marks, Defendant sells approximately six (6) specialty supplement products. One is a product, which Defendant sells as as "AGE-LESS TRANS-RESVERATROL," containing Japanese knotweed, trans-resveratrol, and red wine extract, and which Defendant groups into as product category on its website called "Miscellaneous Antioxidants." On additional information and belief, Defendant's "AGE-LESS SKIN FORMULA" product contains primarily dimethylaminoethanol, also known as DMAE, alpha lipoic acid and vitamin C ester, and which Defendant groups into a product category on its website called "Skin, Hair & Nail Support." On further information and belief, Defendant's AGE-LESS CHOICE product is a multivitamin and mineral formula that is marketed in male- and female-targeted versions as part of Defendant's TARGETED MULTIPLES family of products.

16.   Defendant's packaging for its products sold under the Bluebonnet AGE-LESS Marks displays Defendant's federally registered BLUEBONNET mark as well as other trademarks that, on information and belief, are owned by Defendant. Exemplars of Defendant's packaging used in connection with Bluebonnet's AGE-LESS Marks are shown at **Exhibit B**

\\

\\

3

RECYCLED PAPER

17.     On information and belief, Defendant offers its products under the Bluebonnet AGE-LESS Marks in the packaging shown at Exhibit B primarily in health food stores located in numerous U.S. states, including in the State of California.

18.     On information and belief, Defendant does not permit the purchase of the products under the Bluebonnet AGE-LESS Marks through its website at <bluebonnetnutrition.com>.

19.     On information and belief, Defendant markets and sells over 275 different nutritional products, the packaging for only six (6) of which are marketed under an "AGE-LESS" mark.

**The TTAB Proceedings**

20.     On August 11, 2011, Bluebonnet filed a Notice of Opposition to the AGELESS MALE Application under Opposition No. 91201410 with the TTAB.

21.     On September 7, 2011, New Vitality timely served and filed its Answer denying the salient allegations.

22.     Following discovery, each party submitted Notices of Reliance with exhibits and/or briefing to the TTAB.

23.     On July 24, 2013, a three-judge panel of the TTAB held oral argument. On August 5, 2013, the TTAB issued a decision in favor of Bluebonnet, concluding that "confusion is likely between opposer's mark AGE-LESS and applicant's mark AGELESS-MALE." A true and correct copy of the TTAB Decision is attached hereto at **Exhibit C**.

**Bluebonnet's Allegations of Likelihood of Confusion**

24.     On or about May 19, 2011, counsel for Defendant sent a letter to New Vitality stating that New Vitality's use of its AGELESS MALE mark "is a direct infringement of the rights of our client" in its federally registered trademarks. Defendant further stated that it "would vigorously defend the valuable trademark rights in its products," requested "assurance that [New Vitality would] discontinue its use of the 'AGELESS MALE' trademark," and warned New Vitality that "any person given

RECYCLED PAPER

1  notice of a potential lawsuit is forbidden to destroy, move, or hide evidence in their

2  possession or control." A true and correct copy of this letter is attached hereto at

3  **Exhibit D**.

4      25.    As discussed above, on August 11, 2011, Bluebonnet opposed registration

5  of the AGELESS MALE Application, alleging a likelihood of confusion with the

6  Bluebonnet AGE-LESS Marks.  In its Notice of Opposition, Defendant stated that

7  New Vitality's AGELESS MALE mark "so resembles [Bluebonnet's AGE-LESS

8  Marks] as to be likely to cause confusion or mistake, to suggest a connection or to

9  deceive purchasers into believe that [New Vitality's] goods originate with the

10  [Defendant] and/or are endorsed or sponsored by the [Defendant], and/or that [New

11  Vitality] and/or its goods are otherwise affiliated with the [Defendant] and its goods."

12      26.    To date, the parties have been unable to resolve their dispute.

13  **No Likelihood of Confusion Exists**

14      27.    There is no likelihood of confusion, mistake or deception as to the source

15  or sponsorship or endorsement of New Vitality's products or services sold under its

16  AGELESS MALE mark.

17      28.    The parties' marks are not confusingly similar, as they differ significantly

18  in sight, sound, and commercial impression.

19      29.    Bluebonnet's AGE-LESS Marks are weak because they exist in a

20  crowded field of identical or similar marks.  Numerous parties other than Defendant

21  Bluebonnet own trademark registrations or pending applications incorporating the term

22  "AGELESS" in connection with nutritional-supplement products with the PTO  that

23  have been registered concurrently with and/or have been approved by PTO examining

24  attorneys despite Bluebonnet's AGE-LESS Marks.  A partial listing of such federal

25  trademark filings is shown below:

26  \\

27  \\

28  \\

RECYCLED PAPER

| Trademark | Reg./App. No. | Goods |
|---|---|---|
| AGELESS... FOREVER | 3,721,932 | Nutritional supplements |
| AGELESS BEAUTY | 2,954,980 | Dietary supplement |
| AGELESS EFFECTS | 2,923,947 | Skin care products |
| AGELESS ENERGY | 2,390,431 | Dietary and nutritional food supplements for humans |
| AGELESS FOUNDATION LABORATORIES | 3,200,413 | Dietary supplements |
| AGELESS WONDERS | 2,744,899 | Dietary supplements |
| AN AGELESS TOMORROW | 3,405,324 | Nutritional supplements |
| AGE-LESS MEDICINE | 4,183,813 | Nutritional supplements, dietary supplements, … |
| AGELESS ELEMENTS | 4,222,896 | Dietary and nutritional supplements, … |
| AGELESS FOUNDATION LABORATORIES | 4391264 | Dietary supplements and nutritional supplements |
| AGELESS DEFENSE | 4295596 | Dietary supplements and vitamin supplements. |
| AGELESS EVE | 85845759 | Health food supplements and nutritional supplements for weight loss, cardiovascular health, and over all well being … |
| SMART CODE LABS AGELESS AND BRILLIANT | 85869478 | Dietary supplements |
| DR. LINDA'S AGE-LESS | 85589805 | Nutritional supplements; dietary supplements; vitamin supplements; mineral supplements; herbal supplements … |

30.   In addition, there are numerous other third party uses in the marketplace of marks incorporating the terms AGELESS or AGE-LESS for nutritional supplement-related products.

31.   In 2011, the United States Patent and Trademark Office ("PTO") examined the AGELESS MALE Application in 2011 and stated in an office action that "[t]he trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d)." No citation was issued by the PTO to New Vitality based upon Bluebonnet's AGE-LESS Marks.

32.   In addition, New Vitality has applied to the PTO for a number of other permutations of trademarks incorporating the terms AGELESS MALE and/or "AGELESS." A partial listing of such applications, including the AGELESS MALE Application, is shown below:

**COMPLAINT**

RECYCLED PAPER

| Mark | Serial No. | Filed Description |
|---|---|---|
| AGELESS MALE | 85236913 | Dietary and nutritional supplement |
| AGELESS MALE FREE TESTOSTERONE | 85935335 | Nutritional supplements, namely, nutritional supplements for use in promoting free testosterone levels in the user |
| AGELESS MALE BOOST | 85935144 | Nutritional supplement |
| AGELESS MALE DAILY | 85934658 | Nutritional supplement |
| AGELESS MALE DAILY | 85934628 | Nutritional supplements, namely, nutritional supplements for enhancing men's health |
| AGELESS MALE DAILY DEFENSE | 86075008 | Nutritional supplement |
| AGELESS MALE CARDIO | 85934047 | Nutritional supplements, namely, nutritional supplements for use in cardio health |
| AGELESS MALE HEART HEALTH | 85933984 | Nutritional supplements, namely, nutritional supplements for use in heart health |
| AGELESS MALE PROSTATE | 85933372 | Nutritional supplements, namely, nutritional supplements for use in prostate health |
| AGELESS MALE ESSENTIALS | 85932714 | Nutritional supplements |
| AGELESS MALE PERFORMANCE | 85931471 | Nutritional supplements |
| AGELESS MALE HEALTH ESSENTIALS | 85931538 | Nutritional supplements |
| AGELESS MALE ULTRA | 85909866 | Nutritional supplements |
| AGELESS LEGS | 85609326 | Temporary make-up/concealer for marks, scars and visible vein structure; Nutritional supplement to be used to promote circulatory, vein and diameter health |
| AGELESS SELECT | 85569778 | Nutritional supplements |
| AGELESS FEMALE | 85520967 | Dietary and nutritional supplemets |
|  | 86067218 | Dietary and nutritional supplements |

Collectively, the foregoing pending applications with the PTO owned by New Vitality are referred to as "New Vitality's AGELESS Applications." Attached at **Exhibit E** are true and correct copies of the electronic records for New Vitality's AGELESS Applications, printed from the PTO's online database.

\\

33. All of New Vitality's AGELESS Applications listed in Paragraph 32 have been examined by a PTO examiner, with the exception of Appl. Ser. No. 86067218, and none that have been examined has been refused based upon a likelihood of confusion under Trademark Act Section 2(d) based upon a Bluebonnet AGE-LESS Mark.

34. New Vitality's applications for AGELESS LEGS (Appl. Ser. No. 85609326), AGELESS SELECT (Appl. Ser. No. 85569778), and AGELESS FEMALE (Appl. Ser. No. 85520967), in addition to receiving no objection based upon a Bluebonnet AGE-LESS Mark, have passed through the 30-day publication period and Defendant Bluebonnet did not file an opposition to any of these applications.

35. The parties' goods and services are offered through different channels of trade. Specifically, on information and belief, they are sold through different retail outlets.

36. The primary consumers of the goods associated with New Vitality's AGELESS MALE mark and Bluebonnet's AGE-LESS marks are different.

37. The customers purchasing the products sold under the parties' respective AGELESS MALE and AGE-LESS marks are sophisticated.

38. Despite nearly three (3) years of the parties' concurrent use of their respective marks, and New Vitality's investment in widespread Internet, television and radio advertising of its AGELESS MALE product throughout the United States, New Vitality is unaware of any instances of actual confusion. On information and belief, Bluebonnet is likewise aware of no instances of actual confusion resulting from New Vitality's use of its AGELESS MALE mark.

39. New Vitality selected its AGELESS MALE mark without reference to any other supplier of nutritional supplements, and was unaware of Bluebonnet or its AGE-LESS Marks at the time the AGELESS MALE mark was selected

\\

\\

**COMPLAINT**

RECYCLED PAPER

## FIRST CLAIM FOR RELIEF

### (Appeal from TTAB Decision)

40.    New Vitality re-alleges the allegations contained in the preceding paragraphs 1-39, inclusive, of this complaint with the same force and effect as if herein again set forth in detail.

41.    By this action, New Vitality appeals the August 5, 2013 final decision of the TTAB in Opposition No. 91201410 on the basis that the TTAB's decision is not supported by substantial evidence and/or was in error in light of evidence in record with the TTAB, the allegations in the Complaint, and additional evidence.

## SECOND CLAIM FOR RELIEF

### (Non-Infringement of Trademark, 15 U.S.C. §§ 1114(1) and 1125(a)

42.    New Vitality re-alleges the allegations contained in the preceding paragraphs 1- 41, inclusive, of this complaint with the same force and effect as if herein again set forth in detail.

43.    There is an actual and justiciable controversy between New Vitality and Defendant in regard to New Vitality's use of the AGELESS MALE mark.  Resolution of this controversy turns on substantial questions of federal trademark law.

44.    In light of Defendant's claims of infringement of its trademarks, New Vitality has a reasonable and real apprehension that it faces an immediate lawsuit by Defendant, which lawsuit may affect its ability to use New Vitality's AGELESS MALE mark.

45.    A judicial declaration pursuant to 28 U.S.C. §§ 2201 and 2202 is necessary and appropriate so that New Vitality may ascertain its rights with respect to its continued use and obtain registration of its AGELESS MALE mark.

WHEREFORE, Plaintiff prays for judgment as follows:

1.    That the August 5, 2013 decision of the Trademark Trial and Appeal Board sustaining Bluebonnet's opposition to New Vitality's AGELESS MALE application be reversed;

9

**COMPLAINT**

RECYCLED PAPER

1       2.     That the Director of the United States Patent and Trademark Office be

2   ordered to issue a certificate of registration for New Vitality's AGELESS MALE mark

3   upon New Vitality's filing in the United States Patent and Trademark Office a copy of

4   the adjudication in this action and otherwise complying with the requirements of law;

5       3.     A judgment declaring that: (a) New Vitality's use of its AGELESS

6   MALE mark is not likely to cause confusion, mistake or deception as to the source of

7   the AGELESS MALE product, and (b) does not infringe or otherwise violate any right

8   of Defendant;

9       4.     That New Vitality recover its costs and reasonable attorneys' fees

10  incurred in this action; and

11      5.     That New Vitality have such other and further relief as may be proper.

12

13                          K&L GATES LLP

14

15  Dated: October 4, 2013           By: _____

16                          Britt L. Anderson
                            *britt.anderson@klgates.com*

17                          Nancy C. Hagan
                            *nancy.hagan@klgates.com*

18                          Ranjini Acharya
                            *ranjini.acharya@klgates.com*

19                          Attorneys for Plaintiff NAC

20                          Marketing Company, LLC d/b/a New
                            Vitality

21

22

23

24

25

26

27

28

**COMPLAINT**

RECYCLED PAPER

1

## **JURY DEMAND**

2       Plaintiff NAC Marketing Company, LLC, d/b/a New Vitality, hereby demands a

3   jury trial for all issues triable by a jury.

4

5                                   K&L GATES LLP

6

7   Dated: October 4, 2013            By:

8                                         Britt L. Anderson
                                         *britt.anderson@klgates.com*
9                                        Nancy C. Hagan
                                         *nancy.hagan@klgates.com*
10                                       Ranjini Acharya
                                         *ranjini.acharya@klgates.com*

11                                       Attorneys for Plaintiff NAC
                                         Marketing Company, LLC d/b/a New
12                                       Vitality

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

RECYCLED PAPER

**EXHIBIT A**







**EXHIBIT B**









# EXHIBIT C

THIS OPINION IS NOT A
PRECEDENT OF THE TTAB

Oral Hearing:                                          Mailed:
July 24, 2013                                          August 5, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

———

Trademark Trial and Appeal Board

———

*Bluebonnet Nutrition Corp.*
*v.*
*New Vitality*

———

Opposition No. 91201410
to application Serial No. 85236913
filed on February 8, 2011

———

John S. Egbert, Kevin S. Wilson and Mike Swartz of Egbert Law Offices, PLLC for
Bluebonnet Nutrition Corp.

Mark B. Harrison, Jacqueline Levasseur Patt, Michael Hall and Meaghan Kent of
Venable for New Vitality.

———

Before Zervas, Kuhlke and Greenbaum, Administrative Trademark Judges.

Opinion by Kuhlke, Administrative Trademark Judge:

Applicant, New Vitality, seeks registration of the mark AGELESS MALE in

standard characters (MALE disclaimed) for goods identified in the application as

"dietary and nutritional supplements," in International Class 5 on the Principal

Register.[1]

———

[1] Serial No. 85236913, filed on February 8, 2011, alleging February 7, 2011, as the date of
first use and February 8, 2011, as the date of first use in commerce under Section 1(a) of
the Trademark Act, 15 U.S.C. §1051(a).

Opposition No. 91201410

Opposer, Bluebonnet Nutrition Corp., has opposed registration of applicant's

mark on the ground that, as applied to applicant's goods, the mark so resembles

opposer's previously used and registered marks AGE-LESS, AGE-LESS CHOICE

and AGE-LESS SKIN FORMULA for nutritional supplements, as to be likely to

cause confusion under 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).

By its answer, applicant denied the salient allegations. Applicant's

"affirmative defenses" simply serve to amplify the denials.

By operation of the Trademark Rules the pleadings herein and the file of the

opposed application are of record. Trademark Rule 2.122, 37 C.F.R. § 2.122. In

addition, opposer submitted under notices of reliance: USPTO Trademark

Electronic Database (TARR) printouts of its pleaded registrations, which show that

the registrations are subsisting and owned by opposer;[2] opposer's discovery requests

and applicant's responses thereto;[3] printouts of email communications between

opposer's and applicant's counsel;[4] pages from opposer's website showing dietary

---

[2] Pleaded registrations may be made of record by submitting "a current printout of information from the electronic database records of the USPTO showing the current status and title of the registration." Trademark Rule 2.122(d)(1), 37 C.F.R. § 2.122(d).

[3] Documents provided in response to requests for production of documents may not be made of record under notice of reliance; however, the response to the request setting out objections and/or indicating whether or not documents exist may be so introduced. *Calypso Technology Inc. v. Calypso Capital Management LP*, 100 USPQ2d 1213, 1217 n.8 (TTAB 2011).

[4] This matter is not appropriate for submission under notice of reliance. See Trademark Rule 2.122(e), 37 C.F.R. § 2.122(e). However, inasmuch as applicant has not objected to it, has addressed it, and has submitted its own email in rebuttal we consider this, as well as applicant's email evidence, to be stipulated into the record. *Midwest Plastic Fabricators Inc. v. Underwriters Laboratories Inc.*, 12 USPQ2d 1267, 1270 n.5 (TTAB 1989); and *Conde Nast Publications Inc. v. Vogue Travel, Inc.*, 205 USPQ 579, 580 n.5 (TTAB 1979).

2

Opposition No. 91201410

and nutritional supplements offered for sale under the AGE-LESS marks; pages from third-party websites showing opposer's dietary and nutritional supplements offered for sale under opposer's AGE-LESS marks; and pages from opposer's website showing store locations at which opposer's goods may be found.

Applicant submitted under notices of reliance: third-party registrations with marks that include the word AGELESS; pages from third-party websites displaying nutritional supplements for sale under marks that contain the word AGELESS; applicant's discovery requests and opposer's responses thereto; pages from applicant's websites showing use of applicant's mark in connection with its nutritional supplements; and email correspondence between applicant's and opposer's counsel.

As part of its case-in-chief, opposer relies on its requests for admissions that opposer asserts are deemed admitted inasmuch as applicant did not timely serve their responses. Thus, we must first resolve whether these requests are deemed admitted and, if so, whether applicant may withdraw the admissions. On January 13, 2012, the parties agreed to an extension of time for applicant to respond to opposer's discovery requests until January 31, 2012.[5] On February 3, 2012, opposer sent an email to applicant confirming receipt of applicant's phone message and rejecting applicant's request for "an extension of time" (which in fact would have been a reopening of time) to respond to written discovery requests.[6] Nearly a month later, on March 1, 2012, opposer sent applicant a letter indicating that they had not

---

[5] Opp. NOR Exh. E, TTABvue 7 p. 26.

[6] App. NOR Exh. DD, TTABvue 13 p. 5.

3

Opposition No. 91201410

yet received responses to opposer's interrogatories and requests for production of documents, which were due on January 31, 2012, and opposer requested that they be served by March 9, 2012 without objection in view of their untimeliness.[7]  No mention was made of the requests for admissions, which under Fed. R. Civ. P. 36(a)(3) would be deemed admitted inasmuch as the responses had not been served by the deadline.  Thereafter, applicant served responses to opposer's discovery requests, including responses to the requests for admissions, on March 8, 2012.[8]

"In order to avoid admissions resulting from a failure to respond, a responding party may pursue two separate avenues for relief, namely:  a party may either (1) move to reopen its time to serve responses to the outstanding admission requests because its failure to timely respond was the result of excusable neglect under Fed. R. Civ. P. 6(b)(1)(B); or (2) the moving party implicitly acknowledges that the responses are late, deemed admitted, and moves to withdraw and amend its admissions pursuant to Fed. R. Civ. P. 36(b).  The crucial distinction is that under Fed. R. Civ. P. 6(b)(1)(B), the moving party is seeking to be relieved of the untimeliness of its response, so that the admissions would not be deemed admitted as put." TBMP § 525.

Applicant argues under Rule 6(b), that the Board should not consider the requests deemed admitted and accept the late-filed responses based on excusable neglect.  The time for applicant to seek a reopening of its time to serve its responses was February 3, 2012, when opposer rejected its request for an "extension."

---

[7] Opp. NOR Exh. F, TTABvue 7 p. 29.

[8] App. Br. p. 13; Opp. Br. p. 8.  Opp. NOR Exh. G, TTABvue 7, pp. 31-54.

Opposition No. 91201410

Instead, applicant chose not to file a motion with the Board and simply served late responses. Thereafter, when opposer went forward with its case-in-chief, clearly relying on those admissions, as indicated by its notice of reliance, applicant, at that time, did not ask for a reopening of time to have its untimely responses accepted. As a practical matter, if we were to reopen applicant's time to serve its responses, we would have to reopen opposer's trial period and possibly the briefing period too. Moreover, applicant has not shown excusable neglect. Applicant simply states that its failure to serve timely responses was the result of "a docketing error," and as soon as it realized the error three days after the deadline, it requested from opposer "a modest extension."[9] The fact that applicant knew they were overdue and opposer did not agree to a reopening, put the burden on applicant to secure a reopening upon motion to the Board. Instead, applicant continued to delay serving any of its discovery responses until after further request by opposer nearly a month later. Even if the docketing error was sufficient to constitute excusable neglect on February 3, there is no explanation as to why applicant delayed serving responses for another month. In addition, applicant argues that "there would be extreme prejudice to applicant if the Requests for Admissions are deemed admitted, but no real prejudice to Opposer to have the responses to those Requests stand."[10] While it certainly does not help applicant's case and to that extent is prejudicial to applicant, it would be prejudicial to opposer to grant such a request at this time after opposer

---

[9] App. Br. pp. 13-14.

[10] App. Br. p. 14.

Opposition No. 91201410

has expressly relied on those admissions in its case-in-chief. We, therefore, deny applicant's request for a reopening and the requests are deemed admitted.

Further, to the extent applicant's request in its brief could be construed as a motion to withdraw the admissions and accept its late response under Fed. R. Civ. P. 36(b), we do not grant such a motion. Withdrawal of an admission may be permitted "if it would promote the presentation of the merits of the action and if the court is not persuaded that it would prejudice the requesting party in maintaining or defending the action on the merits." Id. In this case, applicant knew its responses were not filed within the time period. In addition, applicant was put on notice in opposer's notice of reliance that opposer would be relying on the admissions as part of its case-in-chief. At no time did applicant file a motion to withdraw the admissions. While it is preferable to rule on the merits of a case, to withdraw the admissions at the briefing stage would clearly prejudice the opposer. In view thereof, we deny the motion to withdraw the admissions. We add, however, that the admissions are also supported by the record, and their absence would not change the result.

In addition, opposer objects to applicant's evidence of third-party use (the third-party registrations and websites) because they may not be considered for the truth of the matter asserted and this evidence only serves to show "that the public may have been exposed to" the term AGELESS in connection with third-parties.[11] Applicant responds that it has submitted this evidence "only for what the

---

[11] Opp. Br. p. 7 *quoting Rocket Trademarks Pty Ltd. v. Phard S.p.A.*, 98 USP2d 1066, 1072 (TTAB 2011).

Opposition No. 91201410

documents show in their face: that the public has been exposed to a significant number of similar marks in use on similar goods."[12] As applicant explains, such evidence may be used to show "that the consuming public is exposed to third-party use of marks incorporating the term 'Ageless' or 'Age-Less' on similar goods in the same channels and that the term is relatively weak and entitled to only a narrow scope of protection."[13] Opposer's objection is overruled.

<u>STANDING, PRIORITY AND LIKELIHOOD OF CONFUSION</u>

The pleaded registrations made of record, which are in full force and effect and are owned by opposer, are summarized as follows:

> Registration No. 3846551 for the mark AGE-LESS in standard characters for "nutritional supplements" in International Class 5, filed on December 3, 2009, issued on September 7, 2010;

> Registration No. 3703193 for the mark AGE-LESS CHOICE in standard characters for "nutritional supplements" in International Class 5, filed on October 3, 2008, issued on October 27, 2009; and

> Registration No. 3021311 for the mark AGE-LESS SKIN FORMULA in typed form "SKIN FORMULA" disclaimed, for "nutritional supplements," in International Class 5, Sections 8 and 15 combined declaration accepted and acknowledged.

Because opposer has made the pleaded registrations summarized above properly of record, opposer has established its standing to oppose registration of applicant's mark and its priority is not in issue.[14] *See King Candy Co., Inc. v.*

---

[12] App. Br. p. 11.

[13] App. Br. p. 11.

[14] Applicant's admissions on the element of priority are superfluous.

7

Opposition No. 91201410

*Eunice King's Kitchen, Inc.*, 496 F.2d 1400, 182 USPQ 108 (CCPA 1974).  Applicant does not dispute opposer's priority.[15]

Our likelihood of confusion determination under Section 2(d) is based on an analysis of all of the probative facts in evidence that are relevant to the factors set forth in *In re E. I. du Pont de Nemours and Co.*, 476 F.2d 1357, 177 USPQ 563 (CCPA 1973).  *See also, In re Majestic Distilling Co., Inc.*, 315 F.3d 1311, 65 USPQ2d 1201 (Fed. Cir. 2003).  Two key considerations are the similarities between the marks and the similarities between the goods.  *See Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 192 USPQ 24 (CCPA 1976).

Because opposer's marks with additional wording arguably contain additional points of difference with applicant's mark, we confine our analysis to the issue of likelihood of confusion between applicant's mark and opposer's mark AGE-LESS in Registration No. 3846551.  *See In re Max Capital Group Ltd.*, 93 USPQ2d 1243, 1245 (TTAB 2010).

We turn first to a consideration of the goods, channels of trade and class of purchasers.  We must make our determinations under these factors based on the goods as they are recited in the registration and application.  *See In re Elbaum*, 211 USPQ 639 (TTAB 1981).

Opposer's "nutritional supplements" listed in its registration are identical to applicant's "nutritional supplements."  Considering the channels of trade and classes of purchasers, because the goods are identical and there are no limitations

---

[15] App. Br. p. 18.

8

Opposition No. 91201410

as to channels of trade or classes of purchasers in either the application or opposer's registration, we must presume that applicant's and opposer's goods will be sold in the same channels of trade and will be bought by the same classes of purchasers.[16] *In re Viterra Inc.*, 671 F.3d 1358, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012). *See also Hewlett-Packard Co. v. Packard Press Inc.*, 281 F.3d 1261, 62 USPQ2d 1001 (Fed. Cir. 2002); *Canadian Imperial Bank v. Wells Fargo Bank*, 811 F.2d 1490, 1 USPQ2d 1813 (Fed. Cir. 1987); *Genesco Inc. v. Martz*, 66 USPQ2d 1260, 1268 (TTAB 2003) and *In re Smith and Mehaffey*, 31 USPQ2d 1531 (TTAB 1994).

Applicant's arguments regarding the differences in the actual goods and channels of trade are not persuasive inasmuch as we must make our determination on the goods as identified in the application and registration, neither of which is limited to any particular subset of nutritional supplements; as such, both the application and registration encompass all types of nutritional supplements. *See In re Bercut-Vandervoort & Co.*, 229 USPQ 763, 764 (TTAB 1986). Moreover, as seen in opposer's exhibits, opposer's actual goods encompass nutritional supplements formulated specifically for men, applicant's target market.[17]

In view of the above, the *du Pont* factors of the similarity of the goods, the channels of trade and classes of purchasers favor a finding of likelihood of confusion.

With regard to the conditions of sale, again, because we are bound by the description of goods in the application and registration and because the descriptions

---

[16] Applicant's admissions on these factors are superfluous given the legally identical identifications of goods.

[17] Opp. NOR Exh. J, TTABvue 9 p. 13 (www.nourishingfoods.com "Bluebonnet Ageless Choice for Men 50+ 90 Caplets").

Opposition No. 91201410

of goods are not restricted as to price, the goods at issue must include inexpensive as well as more expensive nutritional supplements. As a general proposition, inexpensive goods may be purchased with less care, which increases the likelihood of confusion. *Recot Inc. v. M.C. Becton*, 214 F.3d 1322, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000) ("When products are relatively low-priced and subject to impulse buying, the risk of likelihood of confusion is increased because purchasers of such products are held to a lesser standard of purchasing care") (citations omitted). We find this factor also favors opposer.

Opposer also argues that its mark is well known, however the evidence of record is not sufficient to support such a finding. Opposer states in its brief that it has "used" the mark for eight years and its goods are sold at hundreds of locations, and on various third-party websites.[18] However, there is no testimony as to opposer's length or manner of use.[19] The pages from opposer's and third-party websites, as opposer so strenuously argued in connection with applicant's evidence, may not be taken for the truth of the matter asserted. While they do show opposer's mark used in connection with various nutritional supplements and general

---

[18] Opp. Br. p. 15. Opposer relies on its registrations to establish first use and length of use, but the allegations of first use dates in a registration are not evidence on behalf of a registrant and must be established by competent evidence. Trademark Rule 2.122(b).

[19] Opposer's dates of first use and that "its products are offered for sale in stores and on the internet" are established by its responses to applicant's interrogatories; however, these bare statements are not sufficient to establish that opposer's marks are well known. App. NOR Exh. W, TTABvue 11 pp. 25-26.

10

Opposition No. 91201410

consumer exposure to them, there is no evidence as to how often and by how many potential purchasers these pages have been viewed.[20]

We now consider the similarity or dissimilarity of applicant's mark AGELESS MALE and opposer's AGE-LESS mark when compared in their entireties in terms of appearance, sound, connotation and commercial impression, keeping in mind that "when marks would appear on virtually identical goods or services, the degree of similarity necessary to support a conclusion of likely confusion declines." *Century 21 Real Estate Corp. v. Century Life of America*, 970 F.2d 874, 23 USPQ2d 1698, 1701 (Fed. Cir. 1992).

By the deemed admissions, applicant admits that (1) the marks are similar in appearance,[21] (2) AGELESS is the dominant portion of applicant's mark,[22] (3) the dominant portion of applicant's mark is identical to the dominant portion of opposer's marks,[23] (4) the dominant portion of applicant's mark is identical to the dominant portion of opposer's marks, in the mind of consumers,[24] and (5) applicant's mark evokes a commercial impression similar to that of opposer's marks.[25]

---

[20] We note in its responses to applicant's interrogatories, opposer refused to answer inquiries as to sales and advertising figures of its goods under the AGE-LESS marks.   App. NOR Exh. W, TTABvue 11 pp. 20-22.

[21] Req. No. 12.

[22] Req. No. 16.

[23] Req. No. 17.

[24] Req. No. 18.

[25] Req. No. 21.   As to Request No. 13 "that consumers are likely to be confused based on the similarities between Applicant's and Opposer's Marks" and Request No. 22 "that there is a likelihood of confusion between applicant's mark and opposer's marks" such requests

Opposition No. 91201410

The record also supports these admissions. There can be no question that the disclaimed word MALE in applicant's mark is merely descriptive of applicant's goods and that descriptive matter may have less significance in determining likely confusion. *See Cunningham v. Laser Golf Corp.*, 222 F.3d 943, 55 USPQ2d 1842, 1846 (Fed. Cir. 2000), *quoting, In re National Data Corp.,* 753 F.2d 1056, 224 USPQ 749, 752 (Fed. Cir. 1983) ("Regarding descriptive terms, this court has noted that the descriptive component of a mark may be given little weight in reaching a conclusion on the likelihood of confusion"); and *In re Code Consultants, Inc.,* 60 USPQ2d 1699, 1702 (TTAB 2001) (disclaimed matter is often "less significant in creating the mark's commercial impression"). Certainly, the marks are similar in appearance in view of the fact that the first word in applicant's mark comprises the entirety of opposer's mark, only differing by opposer's use of a hyphen. Given the overall similarities in the appearance and sound of the marks, the inclusion of a hyphen in opposer's mark is insufficient to distinguish the marks. *See In re Kent-Gamebore Corp.,* 59 USPQ2d 1373, 1374 (TTAB 2001) (IMPACT and HI-IMPACT marks look and sound alike due to shared word IMPACT, despite the additional prefix HI being physically connected by a hyphen to the dominant term IMPACT).

As to connotation, opposer argues that the term "ageless" in both marks conveys the idea "that the consumer will look and feel younger, essentially becoming 'ageless,'" and while applicant's mark limits it to males, opposer's mark

---

impinge on the ultimate determination of likelihood of confusion, which is a question of law and as such cannot be "admitted."

Opposition No. 91201410

encompasses males.[26]  Applicant, however, argues that the connotation is different

based on the hyphen in opposer's marks.  Specifically, applicant argues:

> Age-less (with hyphen) gives the impression of slowing down the aging
> process, or to age less.  Whereas ageless (no hyphen) means that a
> persons' age cannot be defined, that they appear not to grow old or are
> timeless.  These provide slightly different commercial impressions.[27]

In terms of connotation, when the mark is heard there is no perceptible

difference.  Moreover, we find that even when seen applicant's mark would retain a

similar meaning to opposer's mark.  While it is possible opposer's mark could evoke

that slightly varied connotation, it is just as likely that consumers would perceive

the connotations of the respective marks as exactly the same.  In any event, the

meanings "to age less" and "to be timeless" are similar.

Finally, applicant's argument that opposer uses its mark with its house mark

is misplaced inasmuch as we must consider the mark as registered without the

presence of the house mark.  Similarly, applicant's arguments regarding actual use

of the marks in terms of "colors, fonts, sizing, and placement" are not relevant given

that opposer's mark is registered in standard characters and applicant seeks

registration in standard characters.  *Citigroup Inc. v. Capital City Bank Group, Inc.*,

637 F.3d 1344, 98 USPQ2d 1253, 1259 (Fed. Cir. 2011); and *Cunningham v. Laser*

*Golf Corp.*, 55 USPQ2d at 1847.

---

[26] Opp. Br. pp. 11-12.

[27] App. Br. p. 21.

13

Opposition No. 91201410

On balance, we find the similarities outweigh the dissimilarities and that applicant's mark AGE-LESS MALE would be perceived as a variation on opposer's AGE-LESS mark.

The question that remains is the scope of protection to be accorded the term AGE-LESS or AGELESS.[28]  Applicant argues that it is a weak term in this field and small variations between the marks are sufficient for potential purchasers to distinguish source.  A mark may be shown to be weak based on extensive third-party use of a particular term (*Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee en 1772*, 396 F.3d 1369, 73 USPQ2d 1689, 1693 (Fed. Cir. 2005)) or based on the number of third-party registrations serving to show that it has a suggestive or descriptive meaning in that field.  *Tektronix, Inc. v. Daktronics, Inc.*, 534 F.2d 915, 189 USPQ 693, 694-95 (CCPA 1976) (third-party registrations are similar to dictionaries showing how language is generally used); and *In re Hartz Hotel Servs., Inc.*, 102 USPQ2d 1150, 1153-54 (TTAB 2012) (third-party registrations relevant to show that a mark or a portion of a mark is descriptive, suggestive, or so commonly used that the public will look to other elements to distinguish source).  In support of this position, applicant has submitted seven third-party use-based registrations for nutritional or dietary supplements and pages from websites displaying use of the marks in these third-party registrations,

---

[28] We do not consider the deemed admission in Request No. 20 that applicant "is not aware of any evidence supporting applicant's affirmative defenses" to foreclose consideration of the evidence of record regarding third-party use and registration of the term AGELESS in making our determination as to the scope to be accorded opposer's mark.

Opposition No. 91201410

and twelve other third-party "common law uses" of the term AGELESS in connection with nutritional products over the Internet.[29]

Below is a table summarizing the third-party registrations.

| Registration No. | Mark |
|---|---|
| 3721932 | AGELESS FOREVER |
| 2954980 | AGELESS BEAUTY |
| 29390431 | AGELESS ENERGY |
| 3200413 | AGELESS FOUNDATION LABORATORIES |
| 2744899 | AGELESS WONDERS |
| 3405324 | AN AGELESS TOMORROW |
| 4183813 | AGE-LESS MEDICINE and design |

Below are a few examples from third-party websites.

---

[29] App. NOR Exhs. A-U, TTABvue 14 pp. 11-197. We do not consider the third-party application which has no probative value on this point, *Nike Inc. v. WNBA Enterprises LLC*, 85 USPQ2d 1187, 1193 n.8 (TTAB 2007), or the third-party registration for different goods, namely, a medicated skin care preparation.

Opposition No. 91201410







## Ageless Beauty
**New Life For Your Skin**

### Barleygreen®
### Ageless Energy®

*(Organic Barley Grass, Carrot Essence, Wheat Germ Essence & Soy Essence.)*

**Description**

r. Hagiwara's Ageless Energy™ Formula is a synergistic blend of rganic Barley Grass, Carrot Essence™, Wheat Germ Essence™, and by Essence™ rich in essential nutrients, active enzymes, antioxidants, mino acids, protein, soy isoflavones and chlorophyll.

**Organic Barley Grass**

rganic young barley grass ice supplies an abundance of tamins, minerals, ntioxidants, amino acids, roteins, active enzymes, and lorophyll that will help





$26

Opposition No. 91201410



ULTRAMAX
# Global Leader
# Rejuvenation
# Formulas

**amazon**

Your Amazon.com   Today's Deals   Gift Cards   Help

Shop by Department ▾   Search   All ▾   ageless foundation laboratories   Go   Hello. Sign in Your Account ▾   Cart ▾   Wish List ▾

Gateway   Gift Certificates/Cards   International   Hot New Releases   Best Sellers   Today's Deals   Sell Your Stuff

FREE Two-Day Shipping
› Join Amazon Prime Today

**Department**
Health & Personal Care (3)
Beauty (2)

"ageless foundation laboratories"
Showing 4 Results

**Listmania!**



Top Brand Dead Sea Products: A list by Kim

› Create a Listmania list

Search Listmania!



   **The Ageless Foundation - Ultramax Gold W/Alphaneuro, 90 capsules** by The Ageless Foundation
~~$59.99~~ **$22.21**   Earn Healthy Awards Points for Free Stuff See Details
More Buying Choices   Beauty: See all 2 items
**$17.68** new (18 offers)

**Ultra Max Gold Pwdr,Orng By Ageless Foundation - 22 Pkt** by Ageless Foundation
~~$59.99~~ **$35.99**   Earn Healthy Awards Points for Free Stuff See Details
Only 3 left in stock - order soon.   Health & Personal Care: See all 3 items
More Buying Choices
**$34.56** new (9 offers)





   **Ageless herbal products - orders for America, European Union, Far East and all other regions**



Capsules
This ancient folk remedy is now available in a safe and non-toxic way and combines selenium, resveratrol, MSM, grape seed extract and vitamin C and Bioperine with the apricot kernel powder to all work in synergy.
$ 51.00 for 60 capsules

information



Opposition No. 91201410







**Ageless Essentials™**
**Daily Pack**

Get your daily dose of premium vitamins, minerals and antioxidants in convenient, individually wrapped A.M. and P.M. packets.





Call Us: 1-877-243-5378

### RESEARCH PROVEN TO NATURALLY INCREASE GROWTH HORMONE AND TESTOSTERONE



- **INCREASE** Growth Hormone levels by 21.7 times after 30 minutes...
- **INCREASE** Testosterone levels by 25.6% in 30 minutes...
- **LOWER** unhealthy cortisol levels by 21.6% in 30 minutes, 42.1% in 60 minutes and 43.3% in 90 minutes...

Ageless Growth 120ct Anti-Aging Suppl...

$— Sale

Inventory today





**Ageless** ™

**Herbs**

Chinese Herb Formulas for Optimal Health and Wellness!



18

Opposition No. 91201410



**Ultimate Ageless –
Stay Young!**

With Ultimate Ageless, you get a complete, all-in-o of aging – and leaves you looking and feeling youn

Made from a f
Ultimate Agel
youth". It cont:
are designed t

It's no secret...
They "trust" yo
than you really
that further en

No, the results
Ageless is des

**AGEless by Durk Pearson &
Sandy Shaw™**

List Price: $62.81
Price: **$43.97**
You Save: $18.84 (30%)

Availability: **In Stock**

Quantity: 1

Add to Cart



Price: **$39.00**

ADD TO CART   The one-month supply



**Ageless Mind™**

### For Memory & Cognitive Function

Source Naturals **Ageless Mind™** is a
comprehensive formula for the brain that provides
ingredients that support brain health and cognitive
function, including memory and concentration,
Preliminary research shows that the ingredients in
**Ageless Mind** support natural biochemical cycles
of *beta*-amyloid clearance.

Meriva® is a registered trademark of Indena S.p.A., Milan. ✱

enlarge bottle





The third-party websites on their face "show that the public may have been exposed to those internet websites and therefore may be aware of the advertisements contained therein." *Rocket Trademarks Pty Ltd. v. Phard S.p.A.*, 98 USPQ2d 1066, 1072 (TTAB 2011). We recognize, also, that the term "Ageless" is

Opposition No. 91201410

suggestive of supplements that promote maintaining a youthful condition.[30]  With regard to the third-party registrations and webpages, we note that several of the third-party registered and common law marks include wording that is arbitrary and more distinct from opposer's mark AGE-LESS than applicant's mark AGELESS MALE, which simply adds a term to indicate the targeted consumer.  See, e.g., AGELESS FOREVER, AGELESS ENERGY, AGELESS ESSENTIALS, AGELESS WONDERS and AN AGELESS TOMORROW.  The evidence, taken in conjunction with the suggestive nature of the term, is sufficient, however, to establish that the term AGELESS is not entitled to a wide scope of protection.  *See Embarcadero Technologies Inc. v. RStudio Inc.*, 105 USPQ2d 1825, 1836 (TTAB 2013) (scope of protection narrowed where opposer acknowledged that STUDIO is used in the software industry to suggest a feature and the record included pages from 50 different third-party websites).  However, this record does not establish that opposer's AGE-LESS mark is so weak that consumers are conditioned to distinguish among various AGELESS marks, even when used on identical goods with only the term MALE to distinguish the marks.

Applicant's reliance on *Safer Inc. v. OMS Investments, Inc.*, 94 USPQ2d 1031 (TTAB 2010) and *Citigroup Inc.*, 98 USPQ2d 1253 is misplaced inasmuch as the common element in those cases was generic or highly diluted and the distinguishing

---

[30] We take judicial notice of the definition for "ageless" as "not aging or appearing to age and lasting forever."  Random House Dictionary (2013) retrieved from www.dictionary.com *In re Red Bull GmbH*, 78 USPQ2d 1375, 1378 (TTAB 2006).  *See also University of Notre Dame du Lac v. J.C. Gourmet Food Imports Co.*, 213 USPQ 594, 596 (TTAB 1982), *aff'd*, 703 F.2d 1372, 217 USPQ 505 (Fed. Cir. 1983).  See also App. NOR Exhs. A-F, TTABvue 14 pp. 11-68 (third-party registrations).

Opposition No. 91201410

elements were at most suggestive.  Here, the distinguishing element "male" is at least merely descriptive, whereas the common element AGELESS, with or without the hyphen, is the dominant, albeit somewhat suggestive, element in the parties' respective marks.  We further note in *Citigroup Inc.*, the record included, *inter alia*, web pages from 40 different entities rendering banking services that included the term "City Bank," web maps indicating the proximity of some of those banks to opposer's Citibanks, and testimony from the officers of four third-party "City Banks."  In addition, in *Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 73 USPQ2d 1350, 1356-57 (Fed. Cir. 2004) the common term Ritz took on a very different connotation when combined with THE and KIDS.  Here, although upon seeing the marks, the hyphen may evoke a secondary meaning in opposer's mark, the common connotation is not lost.  Even according opposer's mark a narrow scope of protection, it is not so narrow to preclude a finding of likely confusion given the similarity of the marks and the identical goods, as identified.  *King Candy Co. v. Eunice King's Kitchen, Inc.*, 182 USPQ at 109.  We also find this case distinguishable from *Hartz Hotel Services Inc.*, 102 USPQ2d 1150, where the Board found that because of the highly suggestive nature of the term GRAND HOTEL and the third-party registrations, "the addition of a geographic location has been sufficient for the Patent and Trademark Office to view these marks as being sufficiently different from the cited registrant's mark, and from each other, such as not to cause confusion."  *Id.* at 1153.  Here, the term AGELESS is not as conceptually weak or widely used as the laudatory term GRAND and the third-party registrations have

21

Opposition No. 91201410

additional matter that is different from simply narrowing the product's use to males. Similarly, in *Plus Products v. Natural Organics, Inc.*, 204 USPQ 773 (TTAB 1979) (PLUS and NATURE'S PLUS), the additional word in the applicant's mark was not generic or merely descriptive, unlike the term "male" in the present case, and the combination created a very different commercial impression, focusing the consumer on the first word in applicant's NATURE'S PLUS mark.

Finally, applicant argues that the absence of examples of actual confusion in the record should weigh in its favor. However, there is no evidence in the record upon which to determine whether there has been a meaningful opportunity for confusion to occur. The absence of any reported instances of confusion is meaningful only if the record indicates appreciable and continuous use by applicant of its mark for a significant period of time in the same markets as those served by opposer under its marks. *Citigroup Inc. v. Capital City Bank Group, Inc.*, 94 USPQ2d 1645, 1660, (TTAB 2010) *aff'd*, 637 F.3d 1344, 98 USPQ2d 1253 (Fed. Cir. 2011). In view thereof this factor is neutral.

In conclusion, because the goods are legally identical, the channels of trade and classes of consumers overlap, and the marks are similar, confusion is likely between opposer's mark AGE-LESS and applicant's mark AGELESS MALE. To the extent we have doubt as to whether there is a likelihood of confusion, we resolve it in favor of opposer, the prior registrant. *In re Shell Oil Co.*, 992 F.2d 1204, 26 USPQ2d 1687, 1691 (Fed. Cir. 1993).

**Decision:** The opposition is sustained.

22

**EXHIBIT D**

# EGBERT LAW OFFICES, PLLC

STATE NATIONAL BUILDING
412 MAIN ST., 7™ FLOOR
HOUSTON, TEXAS 77002
TELEPHONE (713) 224-8080
FACSIMILE (713) 223-4873
mail@egbertlawoffices.com

PATENT, TRADEMARK,
COPYRIGHT &
TECHNOLOGY-RELATED MATTERS

May 19, 2011

President
New Vitality
260 Smith Street
Farmingdale, NY 11735

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Re:  Our File: 1303-93
For: "AGELESS MALE" Trademark Infringement Matter

Dear Sirs:

This firm represents Bluebonnet Nutrition Corporation ("Bluebonnet") in the trademark infringement matter identified above.  Bluebonnet has sold dietary and nutritional supplements under its "AGE-LESS" trademarks in the United States since as early as 2004.  The trademark "AGE-LESS SKIN FORMULA" is presently the subject of U.S. Trademark Registration No. 3,021,311, registered on November 29, 2005.  A copy of the Certificate of Registration is attached hereto. *See Attachment "A".*  The trademark "AGE-LESS CHOICE" is presently the subject of U.S. Trademark Registration No. 3,703,193, registered on October 27, 2009.  A copy of the Certificate of Registration is attached hereto.  *See Attachment "B".*  The trademark "AGE-LESS" is presently the subject of U.S. Trademark Registration No. 3,846,551, registered on September 7, 2010.  A copy of the Certificate of Registration is attached hereto.  *See Attachment "C".*

Recently, it has come to our attention that your company has adopted and begun utilizing the trademark "AGELESS MALE", a mark identical to our client's registrations, on dietary and nutritional supplements.  *See Attachment "D".*  It has also come to our attention that your company has filed a federal trademark application for the mark "AGELESS MALE" ("federal application").  *See Attachment "E".*

Bluebonnet has made a substantial investment in its "AGE-LESS" trademarks.  Your use of an identical trademark in association with similar and competing goods is a direct infringement of the rights of our client in its trademark.  Furthermore, your continued unauthorized use of the mark is likely to cause confusion, mistake, or deception as to the affiliation, connection, origin, sponsorship, or association of the products and services of your company with the products of Bluebonnet.  As such, Bluebonnet has, and will continue to, vigorously defend the valuable trademark rights in its products.

President
New Vitality
May 19, 2011
Page 2

     We are asking that you contact us, no later than fifteen (15) days from the receipt of this letter, so as to provide us with the assurance that your company will discontinue its use of the "AGELESS MALE" trademark and abandon its federal application.

     We strongly encourage you to seek counsel of competent trademark and copyright attorneys with respect to your rights and responsibilities relative to the "AGELESS MALE" trademark.

     **Additionally, under federal law, any person given notice of a potential lawsuit is forbidden to destroy, move, or hide evidence in their possession or control. Such conduct could result in a court finding of contempt or a damage award.**

     The foregoing is written for purposes of compromise and settlement and is covered by Federal Rule of Evidence 408. Additionally, nothing herein shall limit or be construed to limit any position, right or claim that our client may have, all of which are expressly reserved.

     We are hopeful of an amicable and swift resolution to this matter.

                Sincerely,

                Kevin S. Wilson

KSW:mfs
Enclosures
cc:   Mr. Gary A. Barrows       BY REGULAR MAIL

# Attachment "A"

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,021,311

Registered Nov. 29, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## AGE-LESS SKIN FORMULA

BLUEBONNET NUTRITION CORP. (TEXAS CORPORATION)
12915 DAIRY ASHFORD
SUGARLAND, TX 77478

FOR: NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 0-0-2004; IN COMMERCE 0-0-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SKIN FORMULA", APART FROM THE MARK AS SHOWN.

SN 76-307,297, FILED 8-31-2001.

KAREN K. BUSH, EXAMINING ATTORNEY

Attachment "B"

# United States of America

## United States Patent and Trademark Office

## AGE-LESS CHOICE

**Reg. No. 3,703,193**  BLUEBONNET NUTRITION CORP. (TEXAS CORPORATION)
Registered Oct. 27, 2009  12915 DAIRY ASHFORD
SUGAR LAND, TX 77478

**Int. Cl.: 5**  FOR: NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 8-26-2009; IN COMMERCE 8-26-2009.

TRADEMARK
PRINCIPAL REGISTER  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,021,311.

SN 77-535,102, FILED 10-3-2008.

HEATHER SAPP, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Attachment "C"

# United States of America

## United States Patent and Trademark Office

# AGE-LESS

**Reg. No. 3,846,551**

**Registered Sep. 7, 2010**

**Int. CL: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

BLUEBONNET NUTRITION CORP. (TEXAS CORPORATION)
12915 DAIRY ASHFORD
SUGAR LAND, TX 77478

FOR: NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 3-23-2010; IN COMMERCE 3-23-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,021,511 AND 3,703,193.

SN 77-885,260, FILED 12-3-2009.

JOHN WILKE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Attachment "D"

Ageless Male

Page 1 of 3

Home | Account Detail | Account Options | Subscription Signup | Contact Us | Shopping Cart

Search   1-888-997-2941

# Ageless Male™

All natural dietary supplement clinically proven to increase testosterone levels by 50%, but still within a normal healthy range.



**Listen to the Expert!**
Jacob Rosenstein, MD, FACS

## Helps Support Normal Testosterone Levels, Which in Turn, Helps Support:

* Healthy Sex Drive*
* Energy Production*
* Positive Mood*
* Lean Muscle*
* Strong Bones*
* Concentration*
* More Zest for Life!*

Jacob Rosenstein, MD, FACS is one of the most credentialed in the field of Age Management Medicine. He is the Medical Director of the Rosenstein Center for Youthful Aging in Arlington, Texas.

Get free money-saving coupons, immediate product discounts, and health tips delivered right to your inbox!

[Enter your email address]

### Order Ageless Male Now!
### Pick Your Quantity, Pick Your Savings!

Sign up for Super Saver and Receive a FREE BOTTLE of Vitamin D!

1 Bottle | $39.95

BUY NOW AND SAVE

**Friendly Service**
**Open 24/7**
*Call Us Now!*

Ageless Male    Benefits    Ingredients    FAQs

## The Wisdom of Years...the Vitality of Youth

Men, have you been losing muscle size and strength while gaining more body fat? How about your sex drive? And your state of mind? Are you more irritable, moody? If you're having these symptoms, you could be suffering from a drop in testosterone. Low testosterone is very common as you age but now you can do something about it! Ageless Male is an all-natural dietary supplement clinically demonstrated to increase testosterone levels by 50%, but still within a normal healthy range. Ageless Male may also help reduce the harmful hormones like DHT and estradiol that build up in a man's body over time. With Ageless Male you can support healthy hormonal balance. Give your testosterone levels a boost naturally. Ageless Male does not require injections, gels or appointments.

## What is Andropause?

Over time the majority of men deal with one or more of the symptoms of andropause. Andropause, a natural life process referring to a set of symptoms that are often grouped together under the heading of male menopause. Many of the symptoms are connected to physical factors, such as the decline of testosterone production. Maybe you're experiencing some of the effects of low testosterone: you're losing muscle and gaining fat; you're sex drive is not the same; you feel mentally down and you lack energy. Ageless Male is an all-natural supplement that supports healthy testosterone levels still within a safe normal range. In research, Ageless Male helped increase testosterone levels by 50% without synthetic injectives, gels or creams.

## Don't Let this Happen to You!

Feeling tired, out of sorts, less enthusiastic for work and play in your life. You're not the guy you used to be! You used to be a ball of fun. You had plenty of energy at work, at play, and in your personal life. Lately it may seem you have lost that. Ageless Male will help get your testosterone levels back to a normal healthy range. You'll be the man you say you used to be and don't be surprised...if she notices too!

Click Here for Details

**<< Customers Reviews | Benefits >>**
## Here are the Key Benefits of Ageless Male:

* Helps support healthy testosterone levels already within normal ranges
* In research, helped increase testosterone levels by 50%, still within a normal healthy range
* May help support healthy hormonal balance in men
* May help reduce the conversion of testosterone into estrogen
* In research, helped reduce the conversion of testosterone to DHT by 50%

Ageless Male

**‹‹ About Ageless Male ‹ Ingredients ›‹**
**Ingredients in Ageless Male**

**Supplement Facts**

Serving Size: 2 softgels
Servings Per Container: 30

| Amount Per Serving | % Daily Value |
|---|---|
| Calories 10 | |
| Calories from Fat 10 | |
| Total Fat 1 g | |
| Re-Settin® proprietary blend – 800 mg | |
| saw palmetto berry extract | |
| (85-95% fatty acids) and astaxanthin | |

* Percent Daily Value is based upon a 2,000 calorie diet.
† Daily Value not established.

Other Ingredients: Glycerin, water, gelatin.

Re-Settin® is a registered trademark of Triarco Industries.
U.S. Patent 6,227,417

**‹‹ Benefits ‹ FAQs ›‹**
**Ageless Male**
Frequently Asked Questions

Q. What is andropause?

A. Andropause, a natural life process, refers to a set of symptoms that are often grouped together under the heading of male menopause. Many of the symptoms are connected to physical origins, such as the decline in testosterone production.

Q. What are the chances of having low testosterone?

A. Most men begin losing testosterone by their late 30's and continue to lose testosterone at a rate of 1-3 percent each year. Testosterone levels can also be affected by lifestyle factors such as poor diet and smoking. Use of certain medications can also reduce testosterone.

Q. How do I know if I have andropause or low testosterone?

A. You're losing muscle and gaining fat, you're not close to not the same, you feel mentally down and you lack energy. You may have difficulty getting an erection, loss of focus and concentration. Of course, you can also have your testosterone blood levels tested by your doctor.

Q. Why should I consider Ageless Male?

A. The ingredient in Ageless Male has been shown in a published human study to help increase testosterone, which without additional protein. Male is all natural and in research was shown to be safe without significant side effects. In fact, Ageless Male has been shown to lower problematic hormones in men such as DHT and estradiol.

What can Ageless Male do for me?

A. In one published human study, the ingredient in Ageless Male helped increase testosterone levels by 50%, while still staying within the normal range. This boost in testosterone may help support a healthy sex drive, energy production, positive mood and lean muscle mass.

Q. What is the key ingredient in Ageless Male?

A. It's called Re-Settin and it's a precise combination of the carotenoid astaxanthin from Haematococcus pluvialis and saw palmetto berry lipid extract from Serenoa repens. When administered to healthy adults, the average mean testosterone levels increased from a baseline level of 6,241.5 pg/mL to over 10,000 pg/mL. The human clinical study on Re-Settin was published in the Journal of the International Society for Sports Nutrition.

**‹‹ Ingredients ›**

**TRY AGELESS MALE RISK FREE**
100% Satisfaction Guarantee
You may use Ageless Male for 30-days absolutely risk free. If you do not see or feel the results, simply return the bottle of Ageless Male and you'll receive a prompt and complete refund of your purchase price less shipping and handling. No questions or explanations required...your complete satisfaction is guaranteed.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.*

**Information on Ageless Male**
For additional information about Ageless Male, call 1-888-997-2841, and a friendly, knowledgeable New Vitality representative will be glad to answer any questions you have concerning the benefits of Ageless Male.

 

**We accept these Payment Methods:**

**Breast Cancer**
Research Supporter
Contributing Since:
2004 - 2010

Attachment "E"

# Ageless Male

| | |
|---|---|
| **Word Mark** | AGELESS MALE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary and nutritional supplements. FIRST USE: 20110207. FIRST USE IN COMMERCE: 20110208 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85236913 |
| **Filing Date** | February 8, 2011 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) New Vitality LIMITED LIABILITY COMPANY NEW YORK 260 Smith Street Farmingdale NEW YORK 11735 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT E**

10/3/13                                  Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Bottom | HELP | Prev List | Curr List |
| Next List | First Doc | Prev Doc | Next Doc | Last Doc |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ] OR Jump to record: [          ]   **Record 1 out of 17**

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Daily Defense

| **Word Mark** | AGELESS MALE DAILY DEFENSE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplement. FIRST USE: 20130830. FIRST USE IN COMMERCE: 20130830 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86075008 |
| **Filing Date** | September 25, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Top | HELP | Prev List | Curr List |
| Next List | First Doc | Prev Doc | Next Doc | Last Doc |

Trademark Electronic Search System (TESS)

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 2 out of 17**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | NEW VITALITY AGELESS MALE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary and nutritional supplements. FIRST USE: 20110228. FIRST USE IN COMMERCE: 20110228 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men<br>24.09.07 - Advertising, banners; Banners<br>24.17.02 - Biological symbols (male and female)<br>26.01.06 - Circles, semi; Semi-circles<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 86067218 |
| **Filing Date** | September 17, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11755 |
| **Attorney of** | |

| | |
|---|---|
| **Record** | Britt L. Anderson |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the wording "NEW VITALITY" against a banner. The letter "V" in the word "VITALITY" has a stem and leaf emanating from it. Above the banner there is an image of a man with his arms stretched out from side to side against a horizon. Below the banner is the word "Ageless" above the word "Male", both words against the male symbol. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

10/3/13                          Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [       ] OR  Jump  to record: [        ]   **Record 3 out of 17**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Free Testosterone

| | |
|---|---|
| **Word Mark** | AGELESS MALE FREE TESTOSTERONE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements, namely, nutritional supplements for use in promoting free testosterone levels in the user |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85935335 |
| **Filing Date** | May 17, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE FREE TESTOSTERONE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

10/3/13                                    Trademark Electronic Search System (TESS)

**Live/Dead**          LIVE
**Indicator**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 4 out of 17**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Boost

| | |
|---|---|
| **Word Mark** | AGELESS MALE BOOST |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplement |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85935144 |
| **Filing Date** | May 17, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

10/3/13                                    Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]  OR  Jump  to record: [          ]   **Record 5 out of 17**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Daily

| | |
|---|---|
| **Word Mark** | AGELESS MALE DAILY |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplement |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85934658 |
| **Filing Date** | May 16, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE DAILY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 6 out of 17**

TSDR   ASSIGN Status   TTAB Status   ( *Use the "Back" button of the Internet Browser to return to TESS*)

# Ageless Male Daily

| | |
|---|---|
| **Word Mark** | AGELESS MALE DAILY |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements, namely, nutritional supplements for enhancing men's health |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85934628 |
| **Filing Date** | May 16, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE DAILY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [_____] OR Jump to record: [_____]   **Record 7 out of 17**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Cardio

| | |
|---|---|
| **Word Mark** | AGELESS MALE CARDIO |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements, namely, nutritional supplements for use in cardio health |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85934047 |
| **Filing Date** | May 16, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE CARDIO" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

10/3/13                                    Trademark Electronic Search System (TESS)

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 8 out of 17**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Heart Health

| | |
|---|---|
| **Word Mark** | AGELESS MALE HEART HEALTH |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements, namely, nutritional supplements for use in heart health. FIRST USE: 20130830. FIRST USE IN COMMERCE: 20130830 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85933984 |
| **Filing Date** | May 16, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE HEART HEALTH" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [          ] OR **Jump** to record: [          ] **Record 9 out of 17**

**TSDR**   **ASSIGN Status**   **TTAB Status**   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Prostate

| | |
|---|---|
| **Word Mark** | AGELESS MALE PROSTATE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements, namely, nutritional supplements for use in prostate health |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85933372 |
| **Filing Date** | May 15, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE PROSTATE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [        ] OR **Jump** to record: [        ] **Record 10 out of 17**

**TSDR** | **ASSIGN Status** | **TTAB Status** *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Essentials

| | |
|---|---|
| **Word Mark** | AGELESS MALE ESSENTIALS |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplement |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85932714 |
| **Filing Date** | May 15, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY CALIFORNIA 5900 Wilshire Boulevard, Suite 2250 Los Angeles CALIFORNIA 90036 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE ESSENTIALS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [_____] OR Jump to record: [_____]  **Record 11 out of 17**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Health Essentials

| | |
|---|---|
| **Word Mark** | AGELESS MALE HEALTH ESSENTIALS |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85931538 |
| **Filing Date** | May 14, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE HEALTH ESSENTIALS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

10/3/13                                    Trademark Electronic Search System (TESS)

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [＿＿＿]  OR  Jump  to record: [＿＿＿]  **Record 12 out of 17**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Performance

| | |
|---|---|
| **Word Mark** | AGELESS MALE PERFORMANCE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplement. FIRST USE: 20130823. FIRST USE IN COMMERCE: 20130823 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85931471 |
| **Filing Date** | May 14, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

10/3/13                          Trademark Electronic Search System (TESS)

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 3 03:10:37 EDT 2013

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR  Jump  to record: [          ]   **Record 13 out of 17**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male Ultra

| | |
|---|---|
| **Word Mark** | AGELESS MALE ULTRA |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional Supplement |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85909866 |
| **Filing Date** | April 19, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE ULTRA" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

Trademark Electronic Search System (TESS)

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start**  List At: [          ]  OR  **Jump**  to record: [          ]  **Record 14 out of 17**

---

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Male

| | |
|---|---|
| **Word Mark** | AGELESS MALE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary and nutritional supplements. FIRST USE: 20110207. FIRST USE IN COMMERCE: 20110208 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85236913 |
| **Filing Date** | February 8, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 9, 2011 |
| **Owner** | (APPLICANT) NAC Marketing, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

10/3/13                          Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 15 out of 17**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Female

| | |
|---|---|
| **Word Mark** | AGELESS FEMALE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary and nutritional supplements |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85520967 |
| **Filing Date** | January 20, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 14, 2012 |
| **Owner** | (APPLICANT) NAC Marketing Company DBA New Vitality LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FEMALE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

| Register | PRINCIPAL |
| --- | --- |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 16 out of 17**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Legs

| | |
|---|---|
| **Word Mark** | AGELESS LEGS |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Temporary make-up/concealer for marks, scars and visible vein structure |
| | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplement to be used to promote circulatory, vein and diameter health |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85609326 |
| **Filing Date** | April 26, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 25, 2012 |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street 260 Smith Street Farmingdale NEW YORK 11735 |
| **Attorney of Record** | Nina N. Ameri |

| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 3 03:10:37 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump | to record: [        ] **Record 17 out of 17**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Ageless Select

| | |
|---|---|
| **Word Mark** | AGELESS SELECT |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional supplements |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | **85569778** |
| **Filing Date** | March 14, 2012 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 31, 2012 |
| **Owner** | (APPLICANT) NAC Marketing Company, LLC LIMITED LIABILITY COMPANY DELAWARE 260 Smith Street New York NEW YORK 11725 |
| **Attorney of Record** | Nina N. Ameri |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

Trademark Electronic Search System (TESS)

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ John F. Walter _____ and the assigned Magistrate Judge is _____ Frederick F. Mumm _____ .

The case number on all documents filed with the Court should read as follows:

## 2:13CV7385 JFW FFMx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

October 4, 2013                                    By  J.Prado
_____                                   _____
Date                                              Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

[x] **Western Division**
312 N. Spring Street, G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

[ ] **Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California 

| | |
|---|---|
| NAC Marketing Company, LLC d/b/a New Vitality, a limited liability company | )<br>)<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Bluebonnet Nutrition Corp., a corporation; and Does 1 through 10 , inclusive | )<br>)<br>)<br>) |
| *Defendant(s)* | )<br>) |

**CV13-7385** JFW (FFMx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bluebonnet Nutrition Corp.
12915 Dairy Ashford
Sugar Land, TX 77478

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: NAC Marketing Cmpany, LLC d/b/a New Vitality
c/o Britt L. Anderson
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT - 4 2013  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*

                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

NAC Marketing Company, LLC d/b/a New Vitality

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Bluebonnet Nutrition Corp.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

Britt L. Anderson; Nancy C. Hagan; Ranjini Acharya
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304; (650) 798-6700

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ 0

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. section 1071(b) - Appeal from Trademark Trial and Appeal Board, U.S. Patent and Trademark Office

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **TORTS** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | **PERSONAL PROPERTY** | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

**FOR OFFICE USE ONLY:**   Case Number:   CV13-7385

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII.  VENUE:**  Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?  Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?  Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes  ☒ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C:  Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**C.1.  Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D,  below.

If none applies, answer question C2 to the right. ➡

**C.2.  Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D,  below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____  DATE: October 4, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |